

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00545-CR

Santos Javier **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0276-CR
, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief was filed December 21, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court